# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**HENRY COOPER,,**

    Plaintiff,

vs.                          CASE NO. 1:07CV104-MP/AK

**STATE OF FLORIDA, et al,**

    Defendants.

_____/

## O R D E R

Plaintiff has filed an incomplete civil rights complaint form. (Doc. 1).

Accordingly, it is

**ORDERED:**

1. The Clerk shall mail to Plaintiff a civil rights complaint form which Plaintiff shall complete **in its entirety** and return marked "Amended Complaint" on or before **February 8, 2008.**

2. Failure to comply with this order will result in a recommendation to the district judge that this cause be dismissed for failure to prosecute.

**DONE AND ORDERED** this __22nd__ day of January, 2008.

                                                      *s/ A. KORNBLUM*
                                                      **ALLAN KORNBLUM**
                                                      **UNITED STATES MAGISTRATE JUDGE**