IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HENRY COOPER,**

    **Plaintiff,**

**vs.**                                                                 **CASE NO. 1:07CV104-MMP/AK**

**DOCTOR DOUNG,**

    **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff has presently pending another civil rights lawsuit against the same Defendant named herein and asserting the same claims. See Case No. 1:07cv114-SPM/AK.  That case has been directed for service upon the Defendant.  Because Plaintiff appears to have some difficulty in articulating his claims and managing his lawsuit, it is probable that he did not intend two lawsuits to proceed on these claims, and he may have inadvertently opened two cases in trying to file amended complaints pursuant to court order.  Although typically the Court would direct that the earlier filed lawsuit be the lead case, it would be more expeditious and a better use of Court resources to dismiss this case and allow the second case (Case No. 1:07cv114) to proceed since those pleadings have been deemed sufficient for service and the last pleading filed in Case No. 1:07cv104 is still deficient.  It is also the opinion of the

undersigned that all partial payments made in this case should be reimbursed to Plaintiff.

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be deemed to have been opened in error and that the Clerk be directed to administratively close this case, and the partial payments made thus far be reimbursed to Plaintiff.

**IN CHAMBERS** at Gainesville, Florida, this __24th__ day of March, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**