IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


HENRY JAMES COOPER,

    Plaintiff,

v.                                                         CASE NO. 1:07-cv-00104-MP-AK

CROSS CITY CORRECTIONAL INSTITUTION,
DEPARTMENT OF CORRECTIONS,
DOCTOR DOUNG,
STATE OF FLORIDA,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation of the Magistrate Judge, recommending that the Amended Complaint filed by Mr. Cooper be deemed to have been opened in error and that the Clerk be directed to administratively close this case, and to reimburse the Plaintiff for the partial payments made thus far. The time for filing objections has passed, and none have been filed. The Court agrees that the case was opened in error and adopts the Report and Recommendation. The Clerk is directed to close this case and to reimburse Mr. Cooper for the partial filing fee payments thus far.


**DONE AND ORDERED** this  *9th*   day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge